DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILSON A. RODRIGUEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2022-2024

[March 21, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence M. Mirman, Judge; L.T. Case No. 562011CF001522A.

Wilson A. Rodriguez, Milton, pro se.

Ashley Moody, Attorney General, Tallahassee, and Pablo Tapia, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***